SADIE BREGOFF, Respondent, v. ISIDOR BREGOFF, Appellant.— Order denying defendant's motion to set aside his default in failing to appear on the trial of the action reversed on the law and the facts and motion granted, without costs. This is a matrimonial action involving the separation of the parties and the custody of their infant children. We are of opinion that, due to the nature of the action

this case should be tried. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.